IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRACI M. LEFEVER and CHRISTOPHER KNUDSEN,  Plaintiffs, | ) ) ) ) ) Case No. CV 04-311-S -LMB |
| v. | ) ) **ORDER** |
| A.H. HOFFMAN, INC., and JOHN DOES 1-10,  Defendants. | ) ) ) ) ) ) |

On March 13, 2006, Defendant filed a Motion to Strike the Affidavit of Traci Lefever that Plaintiffs submitted in opposition to Defendant's Motion for Summary Judgment. The final reply brief for this Motion to Strike is not due until after April 11, 2006, the date on which the Court has scheduled the hearing for Defendant's Motion for Summary Judgment. To allow the Court to consider all of the arguments on the Motion to Strike before the summary judgment hearing, the Court finds it necessary to order an expedited briefing schedule on Defendant's Motion. Accordingly, Plaintiffs shall file their response to Defendant's Motion to Strike (Docket No. 24) on or before March 27, 2006. Defendant shall file its reply brief by April 3, 2006. IT IS SO ORDERED.

DATED: **March 16, 2006**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER - 1

ORDER - 2