IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRACI M. LEFEVER and CHRISTOPHER KNUDSEN, ) ) ) | |
| Plaintiffs, ) | Case No. CV 04-311-S -LMB |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| A.H. HOFFMAN, INC., and JOHN DOES 1-10, ) ) ) | |
| Defendants. ) _____) | |

In accordance with the Order entered April 26, 2006 (Docket No. 29), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.



DATED: **April 26, 2006**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

**JUDGMENT**